Bevin v. Powell.

---

BEVIN *et al.*, *Plaintiffs in Error*, v. POWELL *et al.*

1.  **Appellate Court:** PRACTICE : REVIEW.  Appellate courts will review only matters arising upon the record proper, where no motion for a new trial, nor motion in arrest of judgment is filed.

2.  **Mortgagee, Sanity of:** AGREEMENT.  In an equitable proceeding, it may be immaterial that a mortgagee was not sane at the date of the execution of a mortgage executed instrict pursuance of a specific written agreement entered into by the mortgagee when sane.

3.  **General Relief, Prayer for:** WHAT MAY BE GRANTED.  Any relief appropriate to the facts alleged and proved may be granted under a prayer for general relief, whether asked for in an answer setting up affirmative matter, or in the petition,

4.  **Equity:** FINDING OF JURY.  The findings of a jury, upon special issues submitted to it in chancery, are not conclusive upon the chancellor nor upon the appellate court. *

---

* These syllabi are taken from 11 Mo. App. 216.

Askew v. La Cygne Bank.

*Appeal from St. Louis Court of Appeals.*

.AFFIRMED.

*Broadhead & Haeussler* and *C. V. Scott* for plain-tiffs in error.

*Henderson & Shields* for defendants in error.

HENRY, J.—The opinion delivered by the court of appeals in this case, 11 Mo. App. 216, contains a very full and fair statement of the facts, and we adopt that statement and concur in the result reached by that court, and affirm the judgment. All concur, except Hough, C. . J., absent.